**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SANTHOSNY ANTHONY PINEM, | No. 08-71426 |
| Petitioner, | Agency No. A095-584-629 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 12, 2011**

Before:     SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

Santhosny Anthony Pinem, a native and citizen of Indonesia, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for asylum, withholding of

removal, and protection under the Convention Against Torture ("CAT").  We have

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

jurisdiction under 8 U.S.C. § 1252.  We review for substantial evidence, *Kin v. Holder*, 595 F.3d 1050, 1054 (9th Cir. 2010), and we deny the petition for review.

Substantial evidence supports the agency's adverse credibility determination because Pinem's asylum application omitted that a group of Muslims attacked and beat him for three hours in July 1998 and that he spent one week in the hospital following this attack, *see id.* at 1056-57, and because Pinem failed to provide a reasonable explanation for the omissions, *see Rivera v. Mukasey*, 508 F.3d 1271, 1275 (9th Cir. 2007).  Accordingly, in the absence of credible testimony, Pinem's asylum and withholding of removal claims fail.  *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir. 2003).

Finally, substantial evidence supports the agency's denial of Pinem's CAT claim because he failed to establish a likelihood of torture by or with the acquiescence of government officials if returned to Indonesia.  *See Arteaga v. Mukasey*, 511 F.3d 940, 948-49 (9th Cir. 2007).

**PETITION FOR REVIEW DENIED.**